LAW OFFICES OF THOMAS SALCICCIA
NELSON MCELMURRY, SBN 236079
THE SALCICCIA BUILDING
870 NORTH FIRST STREET
SAN JOSE, CA 95112
408-295-5555

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CA

SAN JOSE

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR-10-00390-DLJ |
| ) | |
| Plaintiff, ) | STIPULATION TO CONTINUE |
| ) | SENTENCING |
| -vs- ) | |
| ) | |
| GABRIEL SANCHEZ ) | |
| ) | |
| Defendants. ) | |
| ) | |
| ) | |

IT IS HEREBY STIPULATED AND AGREED that both parties request defendant's

sentencing hearing currently scheduled for July 12, 2011 at 10:00 a.m. be continued to

either August 9, 2011 or August 23, 2011.

Dated this 29th Day Of June, 2011.

It is so Stipulated:

/s/ Nelson McElmurry
NELSON MCELMURRY, ESQ

Its so Stipulated:

/s/ Allison Danner
ALLISON DANNER, ESQ.
Counsel for Defendant Sanchez
Assistant United States Attorney